IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON M. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-mc-00738 |
| ) | |
| STATE OF TENNESSEE, *et al.*, ) | Judge Sharp |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Jason M. Carter has filed a complaint under 42 U.S.C. § 1983 in this Court, alleging violations of his constitutional rights. Based on the return address on the envelope in which the complaint was submitted, it appears that the plaintiff is presently housed at a treatment center operated by the South Carolina Department of Corrections and is therefore a prisoner subject to the Prison Litigation Reform Act ("PLRA"). His complaint, however, was not accompanied by the filing fee or an application to proceed in district court without prepaying fees and costs.

A complaint may not be filed as a civil action or considered on the merits unless it is accompanied by the appropriate fee, 28 U.S.C. § 1914(a), or by an application to proceed *in forma pauperis*, 28 U.S.C. § 1915(a)(1). For such an application submitted by a prisoner to be considered by the Court, it must be signed and notarized by an appropriate prison official as set forth in Administrative Order 93, and, pursuant to the PLRA, it must be accompanied by a certified copy of the plaintiff's trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate official at each prison in which the plaintiff has been confined during that 6-month period. 28 U.S.C. § 1915(a)(2).

The Clerk of Court is **DIRECTED** to mail Mr. Carter a blank application to proceed *in forma pauperis* and a copy of Administrative Order 93. If Mr. Carter seeks to have this court consider his pleading, he **MUST**, within **30 DAYS** of his receipt of this order, either pay the $400.00 filing fee in full or complete the application to proceed *in forma pauperis* and return the properly completed application to

the district Court. His submission must include on its face the temporary docket number assigned to this case, **No. 3:14-mc-0738**.

The plaintiff is forewarned that if he does not comply with this order within the time frame specified, or request an extension of the deadline before it expires, the action may be dismissed for failure to prosecute and for failure to comply with the court's order.

It is so **ORDERED**.

Kevin H. Sharp
United States District Judge